G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
LUZ LIBIRAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ LIBIRAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZWICKER & ASSOCIATES, P.C.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 13-cv-05109-PA(MANx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to FRCP 41a(1), Plaintiff, LUZ LIBIRAN, by and though her attorney, hereby voluntarily dismisses the above-entitled case with prejudice.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: September 11, 2013　　　**PRICE LAW GROUP APC**

　　　　　　　　　　　　　　　　　　By:/s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff